AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

SEP - 7 2019

| SOUTHERN | DISTRICT OF | TEXAS |
| --- | --- | --- |
| | McALLEN DIVISION | David J. Bradley, Clerk |

UNITED STATES OF AMERICA
V.
Jaime Moreno-Miranda

## CRIMINAL COMPLAINT

Case Number: M-19-2152-M

IAE   YOB: 1984
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __September 6, 2019__ in __Starr__ County, in the __Southern__ District of __Texas__.

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near La Grulla, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Jaime Moreno-Miranda was encountered by Border Patrol Agents near La Grulla, Texas on September 6, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 6, 2019, near Rio Grande City, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on February 14, 2019 through Hidalgo, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On September 6, 2017, the defendant was convicted of 8 USC 1326 Being Found in the U.S. After Previous Deportation and sentenced to twenty-four (24) months confinement.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on September 7, 2019.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

/S/ Kellen Meador
Signature of Complainant

September 7, 2019                     3:48 p.m.

Kellen Meador          Border Patrol Agent

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

*Pete E Ormsby* (signature)
Signature of Judicial Officer